# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| DERRICK GREEN and PATRICK HURST, each individually and on behalf of others similarly situated <br>         PLAINTIFFS <br><br> V. <br><br> GP DELIVERY SERVICE, INC. and GREGORY PIERCE <br>         DEFENDANTS | CASE NO. 4:20CV01236 SWW |

## ORDER

The Clerk is directed to reassign the above styled case, currently assigned to the docket of Judge Susan Webber Wright, due to her senior status.

IT IS SO ORDERED THIS 16TH DAY OF OCTOBER, 2020.

                                      /s/Susan Webber Wright
                                      UNITED STATES DISTRICT JUDGE